IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

TRACEY L. SLAGHT,  )
 )
    Plaintiff,  )
 )
v.  )  CASE NO. CV418-001
 )
THE PRUDENTIAL INSURANCE  )
COMPANY OF AMERICA,  )
 )
    Defendant.  )
 )

## O R D E R

Before the Court is the parties' Stipulation of Dismissal with Prejudice. (Doc. 12.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and attorneys' fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 9th day of October 2018.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 OCT -9 PM 4:52
CLERK
SO. DIST. OF GA.